[No. 30030-7-III.   Division Three.   March 7, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ARTHUR GUISASOLA, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 10-1-00236-5, Jack Burchard, J., entered June 3, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.

[No. 67111-1-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN EDWARD BETTYS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-1-00159-9, Dave Needy, J., entered March 25, 2011. *Reversed* by unpublished opinion per Grosse, J., concurred in by Cox and Lau, JJ.

[No. 67256-8-I.   Division One.   March 11, 2013.]

PAULINE B. SCHNEIDER, *Respondent*, v. JONATHAN P. ROSS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-13647-7, Sidney S. Royer, J. Pro Tem., entered May 10, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Lau, JJ.

[No. 67278-9-I.   Division One.   March 11, 2013.]

NORTHWEST PRODUCT DESIGN GROUP, LLC, ET AL., *Appellants*, v. HOMAX PRODUCTS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-2-00040-9, Steven J. Mura, J., entered May 13, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Dwyer, J.